UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.

DOMINIC DANIELS,

          Defendant.

**DECISION AND ORDER**

1:17-CR-00129 EAW

This Court referred to United States Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b), the taking of a plea under Fed. R. Crim. P. 11. The defendant, Dominic Daniels, consented to the proceeding being before the Magistrate Judge. (Dkt. 90).

On July 19, 2018, defendant Dominic Daniels appeared before the Magistrate Judge and entered a plea of guilty to Count 1 of the Indictment—specifically a violation of Title 21, United States Code, Section 846 (conspiracy to possess with intent to distribute, and to distribute, 500 grams or more of cocaine). Magistrate Judge McCarthy made an oral Report and Recommendation immediately after the plea proceeding (Dkt. 104 at 23-24), and filed a written Report and Recommendation (Dkt. 93) confirming that Defendant's entry of a plea of guilty met the requirements of Fed. R. Crim. P. 11, and recommending that this Court accept the guilty plea. No objections to the Report and Recommendation were timely filed, and no extension of time to file objections was sought.

Pursuant to 28 U.S.C. § 636(b), Magistrate Judge McCarthy's Report and Recommendation (Dkt. 93) is adopted in its entirety, and the Court hereby accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty of Count 1 of the Indictment by violating Title 21, United States Code, Section 846 (conspiracy to possess with intent to distribute, and to distribute, 500 grams or more of cocaine).

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated: August 9, 2018
Rochester, New York